UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Laurens County Water and Sewer Commission, | ) | C/A No. |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Versus | ) | |
| | ) | |
| AGC Chemicals Americas, Inc.; | ) | |
| Anderson Regional Landfill, LLC; | ) | |
| Archroma U.S., Inc.; | ) | |
| Arkema, Inc.; | ) | |
| Atotech USA, LLC; | ) | |
| Clariant Corporation; | ) | |
| Cone Mills Receiver, LLC; | ) | |
| Corteva, Inc.; | ) | |
| Cryovac, Inc.; | ) | |
| Cryovac, LLC; | ) | |
| Daikin America, Inc.; | ) | |
| DuPont de Nemours, Inc.; | ) | |
| EIDP, Inc.; | ) | |
| Firstsource Worldwide, LLC; | ) | |
| Fitesa Simpsonville, Inc.; | ) | |
| Henkel US Operations Corporation; | ) | |
| Huntsman International, LLC; | ) | |
| Milliken & Company; | ) | |
| Opperman Webbing, Inc.; | ) | |
| Palmetto Plating Company, Inc.; | ) | |
| Roll Technology Corporation; | ) | |
| Solvay Specialty Polymers USA, LLC; | ) | |
| The Chemours Company; | ) | |
| T&S Brass and Bronze Works, Inc.; and | ) | |
| Unichem Specialty Chemicals, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant EIDP, Inc. do hereby certify that on **August 28, 2025**, I have served counsel in this action with a copy of the pleadings herein below via E-Mail at the following address:

Pleadings:          Notice of Removal with associated documents for Removal

Parties served:

John B. White, Jr. (jwhite@johnbwhitelaw.com)
Marghretta H. Shisko (mshisko@johnbwhitelaw.com)
Christopher R. Jones (cjones@johnbwhitelaw.com)
Griffin L. Lynch (glynch@johnbwhitelaw.com)
JOHN B. WHITE, JR., P.A.
*Counsel for Plaintiff*

Hannah Cory Caldwell (hcaldwell@corywatson.com)
Hamilton Jordan (hjordan@corywatson.com)
Hirlye Ray Lutz, III (rlutz@corywatson.com)
Hunter Michael Phares (hphares@corywatson.com)
Frank Jerome Tapley (jtapley@corywatson.com)
Brett Cooper Thompson (bthompson@corywatson.com)
Robert Akira Watson (awatson@corywatson.com)
CORY WATSON, P.C.
*Counsel for Plaintiff*

Kelly Davis Heniford Lowry (kelly@lowryandassociates.com)
LAW FIRM OF LOWRY AND ASSOCIATES, LLC
*Counsel for Cone Mills Receiver, LLC*

Shane William Rogers (srogers@jshwlaw.com)
Johnson Smith Hibbard & Wildman, LLP
*Counsel for Cone Mills Receiver, LLC*

Jennifer Hess Thiem (Jennifer.thiem@klgates.com)
Loly G. Tor (Loly.tor@klgates.com)
K&L GATES, LLP
*Counsel for Cryovac, Inc. and Cryovac, LLC*

Paul D. Harrill (Pharrill@burr.com)
Rik S. Tozzi (rtozzi@burr.com)
Ryan J. Hebson (rhebson@burr.com)
BURR & FORMAN LLP
*Counsel for Firstsource Worldwide, LLC and Opperman Webbing, Inc.*

Kevin A Dunlap (kevindunlap@parkerpoe.com)
Steven Daniel Weber (steveweber@parkerpoe.com)
Robert Hope Jordan (robertjordan@parkerpoe.com)
PARKER POE ADAMS & BERNSTEIN LLP
*Counsel for Fitesa Simpsonville, Inc.*

Rachael Lewis Anna (ranna@wyche.com)
Rita Bolt Barker (rbarker@wyche.com)
Gregory Jacobs English (genglish@wyche.com)
WYCHE, PA
*Counsel for Milliken & Company*

Jameson B. Carroll (jcarroll@carrollweiss.com)
Michael Weiss (mweiss@carrollweiss.com)
CARROLL & WEISS LLP
*Counsel for Milliken & Company*

John Gwilym Tamasitis (jtamasitis@williamsmullen.com)
Ethan Robert Ware (eware@williamsmullen.com)
Richard Hood Willis (rwillis@williamsmullen.com)
WILLIAMS MULLEN
*Counsel for T&S Brass and Bronze Works, Inc.*

Andrea L. McDonald (Andi.McDonald@wbd-us.com)
James Earnest Weatherholtz (James.Weatherholtz@wbd-us.com)
WOMBLE BOND DICKINSON (US) LLP
*Counsel for Unichem Specialty Chemicals, LLC*

3

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Facsimile: (843) 722-1630


*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com

and

SHOOK, HARDY & BACON L.L.P.
Brent Dwerlkotte (*pro hac vice forthcoming*)
2555 Grand Boulevard,
Kansas City, MO 64108
Tel: (816) 474-6550/Fax: (816) 421-5547
Email: dbdwerlkotte@shb.com

*Counsel for Defendant EIDP, Inc.*

August 28, 2025
Charleston, South Carolina

4